# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| EZ MART 1, LLC, on behalf of itself and all others similarly situated,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>)<br>COLONIAL PIPELINE COMPANY,  )<br>)<br>Defendant.  )<br>_____  ) | CIVIL ACTION NO.<br>1:21-cv-02522-MHC |

## DEFENDANT COLONIAL PIPELINE COMPANY'S
## MOTION TO DISMISS

Defendant Colonial Pipeline Company moves to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim for the reasons explained in the attached memorandum of law.

Respectfully submitted this 20th day of September, 2021.

        s/ Jason M. Beach
        Lawrence J. Bracken II
        Georgia Bar No. 073750
        lbracken@huntonAK.com
        Jason M. Beach
        jbeach@huntonAK.com
        Georgia Bar No. 043606
        HUNTON ANDREWS KURTH LLP
        Bank of America Plaza, Suite 4100

600 Peachtree Street, NE
Atlanta, Georgia 30308-2216
Telephone: (404) 888-4000

Neil K. Gilman (pro hac vice)
ngilman@huntonAK.com
Carter C. Simpson (pro hac vice)
csimpson@huntonAK.com
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037-1701
Telephone: (202) 955 15000

***Attorneys for Defendant,
Colonial Pipeline Company***

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed **DEFENDANT COLONIAL PIPELINE COMPANY'S MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record via the Court's CM/EMF filing system to the following email addresses of record:

This 20th day of September, 2021.

s/ Jason M. Beach
Jason M. Beach