UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EZ MART 1, LLC, On Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>COLONIAL PIPELINE COMPANY,<br><br>Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-2522-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H Cohen, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion as to Count I and denied as moot as to Count II, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 8th day of July, 2022.

                                                  KEVIN P. WEIMER
                                                  CLERK OF COURT

                               By:  s/ D. Burkhalter
                                               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 8, 2022
Kevin P. Weimer
Clerk of Court

By:    s/D. Burkhalter
       Deputy Clerk